United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TS PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Case No. 17-CV-01721-LHK<br><br>**JUDGMENT** |

On September 1, 2017, the Court granted Defendant Yahoo! Inc.'s ("Defendant's") Motion to Dismiss. ECF No. 29. The Court ruled that the asserted claims of U.S. Patent Nos. 9,280,547, 8,799,473, 8,713,442, and 8,396,891 are invalid under 35 U.S.C. § 101. Accordingly, JUDGMENT is hereby entered in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 1, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 17-CV-01721-LHK
JUDGMENT

1